cause of action is insufficient as to the respondent because it fails to allege that plaintiff's services were rendered at the request of the respondent. Settle order. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

■ DANIEL COLOMBO, an Infant, by PATRICK COLOMBO, His Guardian ad Litem, et al., Plaintiffs, v. RUSS REALTY CORPORATION, Defendant and Third-Party Plaintiff-Appellant. OTIS ELEVATOR COMPANY, Third-Party Defendant-Respondent.— Judgment insofar as appealed from unanimously affirmed, and the third-party defendant-respondent recover of the defendant and third-party plaintiff-appellant the costs of the appeal. We do not reach the question of alleged error in the charge because of our view that the third-party plaintiff failed to establish its cause of action. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ LOUIS BENEDETTI, Respondent, v. ST. VINCENT'S HOSPITAL, INCORPORATED, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ In the Matter of FERDINAND ZANFARDINO et al., Appellants, against BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Respondents.— Final order unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ PHILIP PEARLMAN, Respondent, v. KINGSTON PARK, INC., et al., Appellants.— Orders appealed from affirmed. The affirmance is without prejudice to the applicant appellant bringing a plenary action, if so advised, within 30 days after service of the order of this court, with notice of entry. Settle order. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ. [See 5 A D 2d 763.]

■ In the Matter of the Accounting of UNITED STATES TRUST COMPANY OF NEW YORK et al., as Trustees, and of EULALIE A. HILTS et al., as Executors of ERWIN R. HILTS, Deceased Trustee under the Will of QUEEN R. HILTS, Deceased, Respondents. F. EULALIE ANDREWS, Appellant; HARRIET J. HILTS et al., Respondents.— Decree insofar as appealed from affirmed, with costs to all parties appearing separately and filing briefs, payable out of the estate. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ. [5 Misc 2d 862.]

■ FIGURAMA SALES AND MFG., INC., et al., Respondents, v. JOHN PIRZ et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ BIANCA M. PODGOURSKY v. IVAN PODGOURSKY.— Motion for leave to appeal to the Court of Appeals dismissed. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

■ BOSTON INSURANCE COMPANY v. NATIONAL SILVER COMPANY.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Botein, Valente, Bergan and Bastow, JJ.

■ BOSTON INSURANCE COMPANY v. NATIONAL SILVER COMPANY.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Botein, Valente, Bergan and Bastow, JJ.

## (December 5, 1957)

(Republished)

■ KOPPER'S CHOCOLATE SPECIALTY CO., INC., Appellant, v. DAVID KOPPER CANDY CORPORATION, Respondent, et al., Defendant.— Judgment affirmed, with costs to respondent. Concur — Peck, P. J., Frank, Valente and McNally, JJ.;